**[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 688.]**

CAPOCCIA BUILDERS, APPELLEE, *v*. FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLEES; WORTHINGTON CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLANT.

**[Cite as *Capoccia Builders v. Franklin Cty. Bd. of Revision*, 1998-Ohio-344.]**

*Taxation—Real property valuation—Board of Tax Appeals' decision unreasonable and unlawful, when—"Filing" for purpose of the prohibition of R.C. 5715.19(A)(2) against a second filing in the same interim period, applied.*

(No. 98-83—Submitted April 21, 1998—Decided May 13, 1998.)

APPEAL from the Board of Tax Appeals, No. 96-D-817.

———————————

*Todd W. Sleggs*, for appellee Capoccia Builders.

*Bricker & Eckler LLP, Charles F. Glander* and *Mary W. Leslie,* for appellant Worthington City School District Board of Education.

———————————

**Per Curiam**.

**{¶ 1}** *Sua sponte*, the court finds the decision of the Board of Tax Appeals unreasonable and unlawful and reverses it upon the authority of *Elkem Metals Co., L.P. v. Washington Cty. Bd. of Revision* (1998), 81 Ohio St.3d 683, 693 N.E.2d 276, decided today.

*Decision reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————